UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>-against- )<br>)<br>HANS K. HERNANDEZ, )<br>)<br>Defendant. )<br>) | Case No. 3:24-cv-09478 |

UNOPPOSED MOTION TO WITHDRAW APPERANCE
OF COMMISSION COUNSEL DAVID D'ADDIO

Pursuant to Local Rule 102.1, the Securities and Exchange Commission (the "Commission") moves this Court to allow undersigned attorney David D'Addio to withdraw as counsel of record in this matter, as he is leaving the Commission effective September 7, 2025. Commission counsel Susan Cooke will continue to represent the Commission in this matter. Counsel for Mr. Hernandez does not oppose the motion. A proposed Order is attached.

Dated:  September 4, 2025

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**
By its Attorneys,

*/s/ David J. D'Addio*
David J. D'Addio
Susan R. Cooke
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
daddiod@sec.gov
(617) 573-4526

## Certificate of Service

  I, David J. D'Addio, certify that on September 4, 2025, I filed the foregoing document electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

               */s/ David J. D'Addio*
               David J. D'Addio